FILED

# *United States District Court*    FEB 21 2008

_____ **MIDDLE** _____ **DISTRICT OF** _____ **ALABAMA** _____    CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

ANTHONY PAUL VINCZE

## CRIMINAL COMPLAINT

CASE NUMBER: 1:08mj11-SRW

I, the undersigned complainant being duly sworn state the following is true and correct to the best of

my knowledge and belief.  On or about __February 18, 2008_, in _Houston___ County and elsewhere within

the _____Middle_____ District of _____Alabama_____ defendant,

engaged in conduct with the intent to convey false or misleading information under circumstances where such
information may reasonably be believed and where such information indicates that an activity will take place that
would constitute a violation of chapter 113B of Title 18, United States Code,

all in violation of Title ___18____United States Code, Section(s)__1038(a)(1)_____.

I further state that I am a(n) _FBI Special Agent_ and that this complaint is based on the following facts:
                    Official Title

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

FEBRUARY 21, 2008                                at   Montgomery, Alabama
Date                                                  City and State

Susan Russ Walker, U. S. Magistrate Judge       _____
Name & Title of Judicial Officer                Signature of Judicial Officer

**AFFIDAVIT**

Your AFFIANT, WILLIAM W. BEERSDORF, being duly sworn, states as follows:

1) I am an FBI Special Agent assigned to Dothan, Alabama. I have knowledge of the following facts through my investigation and through my coordination with other law enforcement officials.

2) On 2/18/2008, a male caller later identified as ANTHONY PAUL VINCZE, telephonically contacted the security office of the Farley Nuclear Plant, located near Ashford, Alabama, in an effort to speak to his former spouse, DOROTHY JOHNSON, who is employed as a security guard at the nuclear power facility. VINCZE made several phone calls to the security office in an effort to speak to JOHNSON, but was not permitted to speak to her. VINCZE became irate and Farley employees refused to take any more of his calls. VINCZE continued to call the nuclear plant and left voice messages on a digital answering system at the security office.

3) During one of the messages left on the voice recorder, VINCZE stated he needed to speak to JOHNSON because of an emergency and was angry that security personnel would not allow him to speak with her. VINCZE went on to state "...tell those sons of bitches in security if I ever see them, I'll put a god damned bullet in their head". In a subsequent message, captioned subject stated "...we need to go over security's head before I put a god damned bullet in their head". VINCZE goes on to repeat that the security office needs to quit screening JOHNSON's calls and to make her job easier there. He further goes on to state "...if I have to drive a fucking car bomb in the front gate, I'll do it".

4) Farley Nuclear Plant security personnel allowed JOHNSON to listen to the messages left by the caller and she confirmed the caller to be her former spouse, ANTHONY PAUL VINCZE. JOHNSON further related VINCZE, who resides in Alabama, had been working as a construction contractor in Waveland, Mississippi.

5) Farley Nuclear Plant personnel notified the Dothan Resident Agency - FBI, the Houston County Sheriff's Office and the Nuclear Regulatory Commission about the car bomb threat made by VINCZE. As a result of the threat, Farley Nuclear Plant security personnel went on an elevated state of security alert and the Houston County Sheriff's Office increased its patrol presence in the area adjacent the nuclear plant. Additionally, the Counter-terrorism Watch Center and Weapons of Mass Destruction Unit of FBI Headquarters in Washington, DC, were alerted to the threat by the Nuclear Regulatory Commission.

6) Coordination with the Houston County Sheriff's Office determined there was an outstanding felony warrant for VINCZE for the offense of theft of property. Houston County personnel then coordinated with the U.S. Marshal Service (USMS) in Montgomery, Alabama, who further coordinated with USMS in Jackson, Mississippi, for assistance in locating VINCZE.

The USMS was able to determine VINCZE was likely located on the Mississippi Gulf Coast and authorities in Harrison and Hancock Counties, Mississippi, were alerted. About 9 pm, authorities located VINCZE in Waveland, Mississippi and arrested him on the outstanding felony warrant from Houston County, Alabama. Upon his arrest, it did not appear VINCZE had the means to follow through on his threat to utilize a car bomb at the Farley Nuclear Plant.

7) In light of the above, your AFFIANT believes there is probable cause to show that ANTHONY PAUL VINCZE did perpetrate a hoax when he conveyed false information to the Farley Nuclear Plant, located near Ashford, Alabama, indicating he would transport and detonate a car bomb to the nuclear facility, which is in violation of Title 18, Section 1038(a)(1).

William W. Beersdorf
Special Agent, FBI


Signed and sworn to in my presence

_____
US Magistrate

2/21/08
_____
Date