IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:08-mj-11-SRW |
| | ) | |
| ANTHONY PAUL VINCZE | ) | |

MOTION TO WITHDRAW GOVERNMENT'S
PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests permission to withdraw the Government's Petition for Writ of Habeas Corpus Ad Prosequendum, filed on February 28, 2008, in this cause.

Respectfully submitted this 29th day of February, 2008.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135