FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MAR 1 - 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. *1:08 CR 59 -WHA* |
| v. | ) | [18 USC 1038(a)(1); |
| | ) | [18 USC 844(e)] |
| ANTHONY PAUL VINCZE | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:                    COUNT 1

On or about February 18, 2008, in Houston County, within the Middle District of Alabama,

ANTHONY PAUL VINCZE,

defendant herein, did intentionally convey false and misleading information, to wit: that he would

drive a car bomb into the front gate of the Joseph M. Farley Nuclear Plant at or near Ashford,

Alabama, under circumstances where such information may reasonably have been believed, that

indicated that an activity would take place that would constitute a violation of Title 18, United States

Code, Chapter 113B, specifically delivering, placing, discharging or detonating an explosive or other

device in, into, or against an infrastructure facility in violation of Title 18, United States Code,

Section 2332f(a)(1).

All in violation of Title 18, United States Code, Section 1038(a)(1).

COUNT 2

On or about February 18, 2008, in Houston County, within the Middle District of Alabama,

ANTHONY PAUL VINCZE,

defendant herein, by means and use of an instrument of commerce, that is, the telephone, willfully

threatened to unlawfully damage or destroy a building by means of fire and explosives in violation

of Title 18, United States Code, Section 844(e).

A TRUE BILL:


Foreperson


LEURA G. CANARY
UNITED STATES ATTORNEY


Matthew W. Shepherd
Assistant United States Attorney